AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Temujin Kensu | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:22-cv-11834 |
| Dana Nessel | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Temujin Kensu.

Date: 08/08/2022

/s/ Keith Altman
*Attorney's signature*

Keith Altman, Bar No. P81702
*Printed name and bar number*

The Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48331
*Address*

keithaltman@kaltmanlaw.com
*E-mail address*

(248) 987-8929
*Telephone number*

*FAX number*