AO 440 (Rev. 06/12) Summons in a Civil Action

# PROOF OF SERVICE

*(This section should not be filed with the Court unless required by Fed. R. Civ. P. 4(1))*

Case No. 2:22–cv–11834–DML–KGA

This summons for *(name of individual and title, if any)* **Dana Nessel, Attorney General of the State of Michigan** was received by me on *(date)* **August 11, 2022**

[ ] I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____ a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

[ X ] I served the summons on *(name of individual)* **Jane Doe**, who is designated by law to accept service of process on behalf of *(name of organization)* **Attorney General's Office** on (date) **August 12, 2022** ; or

[ ] I returned the summons unexecuted because _____ ; or

[ ] Other: *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: **August 15, 2022**

*Server's Signature*
**Steve Perkins**
*Printed Name and Title*
**6425 Oakman Blvd., Detroit, MI 48228**
*Server's address*

Additional information regarding attempted service, etc.: