UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TEMUJIN KENSU,

    Plaintiff,

v

DANA NESSEL, individually and in official capacity as attorney General of the State of Michigan,

    Defendant.

No. 22-cv-11834

HON. DAVID M. LAWSON

MAG. KIMBERLY G. ALTMAN

Keith Altman (P81702)
The Law Office of Keith Altman
Attorney for Plaintiff
33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48331
(248) 987-8929
keithaltman@kaltmanlaw.com

Bryan W. Beach (P69681)
Kimberly K. Pendrick (P60348)
Attorneys for Defendant
Michigan Department of Attorney General
Civil Rights & Elections Division
P. O. Box 30736
Lansing MI 48909
(517) 335-7659
beachb@michigan.gov
pendrickk@michigan.gov

_____/

**APPEARANCE OF COUNSEL**

Please enter the appearance of Kimberly K. Pendrick, Assistant Attorney General, on behalf of Defendant Dana Nessel, in the above-entitled matter.

Respectfully submitted,

<u>s/Kimberly K. Pendrick</u>
Kimberly K. Pendrick (P60348)
Assistant Attorney General
Attorney for Defendant Nessel
3030 W. Grand Blvd. Suite 10-650
Detroit MI 48202
(313) 456-0200
pendrickk@michigan.gov

Dated: October 6, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2022, electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

<u>s/Kimberly K. Pendrick</u>
Kimberly K. Pendrick (P60348)
Assistant Attorney General