UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TEMUJIN KENSU,

    Plaintiff,

v.

DANA NESSEL, individually and in official capacity as Attorney General of the State of Michigan,

    Defendant.

No. 22-cv-11834

HON. DAVID M. LAWSON

MAG. KIMBERLY G. ALTMAN

**ERRATA**

_____/

Keith Altman (P81702)
The Law Office of Keith Altman
Attorney for Plaintiff
33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48331
(248) 987-8929
keithaltman@kaltmanlaw.com

Bryan W. Beach (P69681)
Kimberly K. Pendrick (P60348)
Attorneys for Defendant
Michigan Department of Attorney General
Civil Rights & Elections Division
P. O. Box 30736
Lansing MI 48909
(517) 335-7659
beachb@michigan.gov
pendrickk@michigan.gov

_____/

**ERRATA**

On October 6, 2022, counsel for Defendant submitted Defendant's Motion to Dismiss Plaintiff's First Amended Complaint.  (ECF No. 8.)  Defendant's submission contains an inadvertent mistake regarding the review of the application. (ECF No. 8, PageID.114.)  The footnote has been removed in the attached document.

Respectfully submitted,

s/Bryan W. Beach
Bryan W. Beach (P69681) Kimberly K. Pendrick (P60348) Assistant Attorneys General Attorney for Defendant Nessel P.O. Box 30736 Lansing, MI 48909
(517) 335-7659
beachb@michigan.gov

Dated:  October 11, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2022, I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

*s/Bryan W. Beach*
Bryan W. Beach (P69681)
Assistant Attorney General
beachb@michigan.gov
P69681
