This case involves or stems from an application that was submitted to the CIU. (*Id.*, ¶18, PageID.69.) The CIU was established as a matter of policy by the Michigan Department of Attorney General in 2019 to investigate claims of innocence. (*Id.*, ¶9, PageID.67-68.) There is no statutory requirement for a CIU within the Department. Plaintiff's application was denied on procedural and technical grounds. (*Id.*, ¶18, PageID.69.)

Plaintiff does not allege specifically what Attorney General Nessel has done other than having established the CIU. (*Id.*, ¶26, PageID.70.) Rather, the basis for Plaintiff's claims is that Attorney General Nessel has not personally or professionally taken remedial actions to exonerate Plaintiff. (*Id.*, ¶23-24, PageID.70.) Specifically, Plaintiff believes that Attorney General Nessel has a duty to support a request for a new trial and dismissal of criminal charges based upon the investigation of Plaintiff's application. (*Id.*, ¶¶ 70-77, PageID.18.) But the amended complaint provides no authority for such a duty.