UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


Temujin Kensu,

                                    Plaintiff(s),

v.                                                          Case No. 2:22–cv–11834–DML–KGA
                                                            Hon. David M. Lawson

Dana Nessel,

                                    Defendant(s),

_____

**NOTICE OF MOTION HEARING**

   You are hereby notified to appear before District Judge David M. Lawson at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  Please report to Room 767.  The following motion(s) are scheduled for hearing:

             Motion to Dismiss – #8

   • MOTION HEARING:  November 23, 2022 at 09:00 AM


**Certificate of Service**

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                    By: s/S. Pinkowski_____
                                          Case Manager

Dated:  October 17, 2022