UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TEMUJIN KENSU,

        Plaintiff,                              Case Number 22-11834

v.                                                     Honorable David M. Lawson

DANA NESSEL,

        Defendant.
_____/

## ORDER STRIKING IMPROPER FILING

On October 7, 2022, the plaintiff filed a motion to extend the time for responding to the defendant's motion to dismiss. However, the motion included a proposed order that the plaintiff evidently intended for the Court to sign and enter. The filing of that proposed order was improper because such orders never should be filed by counsel on the electronic docket. E.D. Mich. LR 7.1 cmt. (citing Elec. Filing Pols. & Procs. R 11(a)). Proposed orders should be submitted to the Court through the CM/ECF Utilities function.

Accordingly, it is **ORDERED** that the plaintiff's motion to extend time to respond (ECF No. 10) is **STRICKEN**.

                                                                                 s/David M. Lawson
                                                                                  DAVID M. LAWSON
                                                                                   United States District Judge

Dated:   October 19, 2022