UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TEMUJIN KENSU,

        Plaintiff,                            Case Number 22-11834

v.                                               Honorable David M. Lawson

DANA NESSEL,

        Defendant.
_____/

## ORDER GRANTING MOTION TO EXTEND TIME
## TO RESPOND AND ADJOURNING HEARING

This matter is before the Court on the plaintiff's motion to extend the time for responding to the defendant's motion to dismiss and to adjourn the scheduled hearing on the motion. The defendant does not oppose the motion. The Court has considered the motion and finds that it should be granted.

Accordingly, it is **ORDERED** that the plaintiff's motion to extend time to respond (ECF No. 14) is **GRANTED**, and the plaintiff's response to the defendant's motion to dismiss must be filed **on or before November 26, 2022**. The hearing on the motion to dismiss is **ADJOURNED** to **January 10, 2023 at 3:30 p.m.**

                                                       s/David M. Lawson
                                                       DAVID M. LAWSON
                                                     United States District Judge

Dated:  October 26, 2022