UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TEMUJIN KENSU,

        Plaintiff,

v.                              Case No.: 22-cv-11834

DANA NESSEL, individually
and in her official capacity as Attorney
General of the State of Michigan,

        Defendant.

---

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**COMES NOW** the Plaintiff, Temujin Kensu, and voluntarily dismisses this lawsuit in its entirety without prejudice, pursuant to Fed.R.Civ.P. 41(A)(i).

Date: November 23, 2022        Respectfully submitted,

                                            Keith Altman, Esq.
                                            LAW OFFICE OF KEITH ALTMAN
                                            33228 West 12 Mile Road, Suite 375
                                            Farmington Hills, Michigan 48334
                                            Telephone: (248) 987-8929
                                            keithaltman@kaltmanlaw.com
                                            *Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TEMUJIN KENSU,

        Plaintiff,

v.                                Case No.: 22-cv-11834

DANA NESSEL, individually
and in her official capacity as Attorney
General of the State of Michigan,

        Defendant.

---

## CERTIFICATE OF SERVICE

    I certify that on November 23, 2022, I served the foregoing Notice of Voluntary Dismissal Without Prejudice upon all parties herein by filing copies of same using the ECF System.

                                                    Respectfully Submitted,

                                                    Keith Altman, Esq.