UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TEMUJIN KENSU,

        Plaintiff,                    Case Number 22-11834

v.                                         Honorable David M. Lawson

DANA NESSEL,

        Defendant.
_____/

## ORDER OF DISMISSAL

The plaintiff filed a complaint and amended complaint alleging violations of his due process rights stemming from alleged failures by the defendant to investigate his claim that he was wrongfully convicted. The defendant responded by filing motions to dismiss both the original and amended complaints. However, on November 23, 2022, the plaintiff filed a notice under Federal Rule of Civil Procedure 41 stating his intent voluntarily to dismiss the case. The defendant has not filed an answer or motion for summary judgment, and the case therefore will be dismissed. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly, it is **ORDERED** that the case is **DISMISSED**.

It is further **ORDERED** that the defendant's motions to dismiss (ECF No. 5, 8) and the plaintiff's motion to extend briefing deadlines (ECF No. 16) are **DISMISSED** as moot.

                                                   s/David M. Lawson
                                                   DAVID M. LAWSON
                                                   United States District Judge

Dated:  November 28, 2022